■ In the Matter of JOSHUA M., Respondent. ERIE COUNTY ATTORNEY, Appellant. (Appeal No. 2.) [877 NYS2d 714]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered January 9, 2008 in a proceeding pursuant to Family Court Act article 3. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Jonathan M.* (61 AD3d 1374 [2009]). Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ In the Matter of CONNOR C., Respondent. ERIE COUNTY ATTORNEY, Appellant. (Appeal No. 3.) [876 NYS2d 920]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered March 12, 2008 in a proceeding pursuant to Family Court Act article 3. The order, insofar as appealed from, dismissed the charge of assault in the third degree.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Jonathan M.* (61 AD3d 1374 [2009]). Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.